FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 2 0 2012

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MICHAEL ADAMS**                                                    **PLAINTIFF**

**vs.**                         No. CIV 4:12 cv 786 JLH

**THE UNITED STATES OF AMERICA**                          **DEFENDANT**

## COMPLAINT

Comes Plaintiff, Michael Adams, by and through counsel, The Brad Hendricks Law Firm,

and for his Complaint, states:                 This case assigned to District Judge _Holmes_

                                              and to Magistrate Judge _____ _Young_

1.      Plaintiff was all times relevant hereto a resident of Hensley, Pulaski County,

Arkansas. The negligent act complained of herein also occurred in Pulaski County which is in the

Western Division of the Eastern District. Thus venue is proper in this court pursuant to 28 U.S.C.

§1402(b).

2.      Defendant operates a the United States Postal Service ("USPS"), and specifically a

mail facility in North Little Rock, Arkansas through which it employs dozens of people, including

an unnamed negligent employee who was at all times described herein operating in the course and

scope of his employment with the USPS

3.      This Court has jurisdiction under 28 U.S.C. §1346.

4.      This is a negligence case involving personal injury to Plaintiff caused by an employee

of the USPS as more fully described herein and is brought under the Federal Tort Claims Act, 28.

U.S.C. §2671, *et. seq.* On or about June 14, 2012 Plaintiff presented a claim to the USPS via Form

95 in writing as evidenced by Exhibits 1 & 2 attached hereto. That claim was received by the USPS

on June 15, 2012, and thus Defendant had six months to accept or deny the claim, after which it would be deemed denies. See Exhibits 3 & 4 attached hereto. The six (6) month period has run and thus the claim is deemed denied and therefore Plaintiff initiates this action under the FTCA.

5.     On October 15, 2012, Plaintiff was in the USPS mail facility in North Little Rock on East McCain. While walking through the loading area (Plaintiff is truck driver employee of a USPS contractor), Plaintiff's right foot was run over by a fork lift driven by an as yet unknown employee of the USPS, resulting in significant injury to the Plaintiff, specifically a crushed foot.

6.     The as yet unnamed employee of the USPS, while in the course and scope of his employment with the USPS, in causing the above described injury, was negligent in the following respects:

a.     failure to properly and safely operate a forklift;

b.     failing to maintain a proper lookout; and,

c.     otherwise failing to exercise reasonable care in the operation of a fork lift.

7.     As a proximate result of the  negligence of Defendant, imputed to it by the actions of its employee, the Plaintiff has sustained the following injuries and damages:

a.     permanent physical injury;

b.     pain, suffering and mental anguish experienced in the past and reasonably certain to be experienced in the future;

c.     medical expenses incurred in the past and reasonably certain to be incurred in the future.

d.     lost wages.

8.     With respect to all claims of the Plaintiff, the Defendant's as yet unnamed agent, servant and employee was at all times acting within the scope of his employment with the Defendant,

Page 2 of  3

under circumstances where Defendant, if a private person, would be liable to the Plaintiff in accordance with the law and pursuant to the Federal Tort Claims Act.

WHEREFORE, Plaintiff prays that upon trial of this matter Plaintiff be awarded judgment against the Defendant, together with costs, pre-judgment interest until paid, and for all other relief to which Plaintiff may be entitled

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock, AR  72227
(501) 221-0444
(501) 661-0196 (fax)

BY: _____
Christopher R Heil      A.B.N. 92128



**THE BRAD HENDRICKS
LAW FIRM**
A Professional Association

Brad Hendricks ††
Lamar Porter †
Christopher R. Heil
David Rawls †
Todd Jones
George R. Wise, Jr.

All Licensed in Arkansas
† Also Licensed in Texas
†† Also Licensed in Texas & Missouri

500 C  Pleasant Valley Drive
Little Rock, Arkansas 72227
Telephone: (501) 221-0444
Fax: (501) 661-0196

**www.bradhendricks.com**

Matthew E. Hartness †
Lyndsey D. Dilks
Caroline C. Lewis
Lloyd W. "Tré" Kitchens
Timothy M. Carr, Sr.*
Zan Davis *

* Of Counsel

June 14, 2012

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
Ms. Tami Risk
United States Postal Service
Tort Claims Coordinator
420 Natural Resources Drive
Little Rock, AR  72205

|  |  |  |
|---|---|---|
| RE: | Our Client: | Michael Adams |
|  | Your Insured: | United States Postal Service |
|  | Claim No.: | 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A |
|  | Date of Incident: | 10/15/2010 |

Dear Ms. Risk:

Enclosed please find Form 95, copies of medical expenses and/or records relating to treatment received by our client regarding the above-referenced accident.   A list of the enclosures are as follows:

| Provider | Dates of Service | Amount |
|---|---|---|
| North Little Rock Emergency Doctors Group | 10/15/2010-10/15/2010 | $ 186.00 |
| Radiology Consultants of Little Rock, P.A. | 10/15/2010-10/15/2010 | $ 31.00 |
| Baptist Health Medical Center-North Little Rock | 10/15/2010-10/15/2010 | $ 1,163.00 |
| Arkansas Specialty Care Centers, P.A. | 11/19/2010-04/23/2012 | $ 5,512.00 |
| Arkansas Specialty Orthopaedic Surgery Center | 04/03/2012-04/23/2012 | $ 9,345.58 |
| Little Rock Anesthesia Services | 04/03/2012-04/03/2012 | $ 1,470.00 |

Should you have any questions, please feel free to contact our office.

Sincerely,

Christopher R. Heil
*cheil@bradhendricks.com*

/kt
Enclosures

Package ID: 9171082133393945922012
Destination ZIP Code: 72205
Customer Reference:
Recipient:
Address: _____   91 7108 2133 3939 4592 2012
Confirmation Services
Electro...
Priority Envelop...
PBP Ad...

**EXHIBIT**
1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: United States Postal Service ATTN: Tami Risk, USPS Tort Claims coordinator 420 Natural Resources Drive Little Rock, AR 72205-9331 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse ) (Number, Street, City, State and Zip Code) Michael Adams 1832 Matt Lane Hensley, AR 72065    Christopher Heil, At Bond Hendricks Law Firm 500 C Pleasant Valley R. LR, AR 72227 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 6/11/62 | 5. MARITAL STATUS M | 6. DATE AND DAY OF ACCIDENT 10/15/10 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Mr. Adams' ⓡ Foot was crushed by a USPS forklift driver at the NLR mail facility on E. McCain Blvd on 10/15/10

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Crushed right foot. See attached medical records. Injury is likely permanent. $17,000 in bills to date. Attached

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
|  |  |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE N/A | 12b. PERSONAL INJURY $750,000 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights ) $750,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Attorney | 13b. Phone number of person signing form 501-221-0444 | 14. DATE OF SIGNATURE 6/14/12 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109    NSN 7540-00-634-4046    STANDARD PRESCRIBED 28 CFR 14.2

**EXHIBIT**

**2**

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number   ☐ No

W.C. Specialty Claims Services, Inc      Health: BC/BS of AR
P.O. Box 15550, Little Rock, AR  72231-5550    Policy No: PKS9W062H375
Claim # C6141020269

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☒ Yes  ☐ No
W.C. Came above.

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)
— Payed Bills, asserting subrogation rights, wage loss

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim invalid.

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95    BACK

AR DISTRICT TORT CLAIMS


**UNITED STATES**
**POSTAL SERVICE**

June 19, 2012

Mr. Christopher R. Heil
The Brad Hendricks Law Firm
500 C Pleasant Valley Drive
Little Rock AR 72227

USPS Case File Number: 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A
Date of Incident: October 15, 2010
Your Client's Name: Michael Adams

Dear Mr. Heil:

This is to advise you that your claim in the amount of $750,000.00 has been received by the US Postal Service Tort Claims Coordinator in Little Rock AR.  However, your file has been forwarded to our National Tort Center in St. Louis MO.  Future correspondence should be directed to the following address:

> United States Postal Service
> National Tort Center
> PO Box 66640
> St. Louis MO  63166-6640
>
> Phone 314-345-5843 or 314-345-5868

This transfer of records effectively removes this case from my area of responsibility.  Should you have any questions regarding the status of this claim, please contact the office listed above.

Sincerely,

*Tami Risk*

Tami Risk
United States Postal Service
Tort Claims Coordinator
Arkansas District

Certified Number: 7007 0710 0001 3390 3713
Copy: NTC
        to file

420 Natural Resources Drive
Little Rock AR 72205-9331
501-228-4167
(Fax) 650-577-4730
tami.d.risk@usps.gov

**EXHIBIT**

**3**

LAW DEPARTMENT
NATIONAL TORT CENTER


*UNITED STATES*
*POSTAL SERVICE*

June 25, 2012

Christopher R. Heil
Attorney at Law
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227

Re:    Your Client:        Michael Adams
       Date of Incident:   October 15, 2010
       USPS File No.:      NT201226173

Dear Mr. Heil:

Please be advised that the administrative claim filed on behalf of Michael Adams
with the United States Postal Service on June 15, 2012 has been assigned to me for
adjudication.

I am in the process of reviewing this claim and will be in contact with you when I
complete my evaluation.  I intend to adjudicate this claim as soon as possible, but
be aware that by statute, the Postal Service has six months from June 15, 2012 in
which to adjudicate this matter.

If you have any questions or concerns in the meantime, please feel free to contact
me at the address and/or telephone number below.

Sincerely,

Brittany Lindsay

Brittany Lindsay
Tort Claim Adjudicator
314/345/5843

/brl

cc:    Tami Risk
       Tort Claim Coordinator
       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A

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO 63155-9948
TEL:  314/345-5820
FAX:  314/345-5893


EXHIBIT
4