**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

MICHAEL ADAMS                                                                PLAINTIFF

v.                                            No. 4:12CV00786 JLH

UNITED STATES OF AMERICA                                      DEFENDANT

## ORDER

The United States of America's motion to file Exhibits A, B and C under seal is GRANTED.

Document #22.

IT IS SO ORDERED this 10th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE